**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK  
**JUDGE** KEVIN MCNULTY  
**COURT REPORTER:** MOLLIE ANN GIORDANO

**DATE:** August 25, 2015

**TITLE OF CASE:**  
UNITED STATES OF AMERICA  
    vs.  
MELVIN FELIZ

**DOCKET # 2:15-cr-421 (KM)**

DEFT. PRESENT

**APPEARANCES:**
Brian L. Urbano, AUSA, David Foster, AUSA, and Ronnell Wilson, AUSA for Government
Jason F. Orlando, Esq. for Defendant Melvin Feliz

**Nature of Proceedings:** WAIVER OF INDICTMENT & GUILTY PLEA

Ordered defendant sworn; defendant sworn.
Waiver of indictment filed.
INFORMATION filed.
PLEA: GUILTY to Count 1-2 of Information.
Terms of plea agreement read into the record.
Ordered plea agreement approved.
Ordered plea provisionally accepted.
Plea Agreement and Rule 11 documents filed.
Consent Judgment of
Ordered sentencing set for December 14, 2015 at 10:00 AM
Ordered defendant remanded to the custody of the U.S. Marshals.

**Time Commenced: 2:30**
**Time Adjourned: 4:00**
**Total Time: 1 Hour 30 Minutes**

                                              Nitza Creegan
                                              DEPUTY CLERK